UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ANDRE V. FLORES, JR., individually and on
behalf of all other persons similarly situated,

                                            Plaintiff,

–against–

THE BAGEL STORE, INC.; ELI RODRIGUEZ;
SCOTT ROSSILLO; and SUSAN ROSSILLO;
jointly and severally,

                                            Defendants.
-----------------------------------------------------------------x

12 CV 1978 (NG) (VMS)

DEFENDANTS ANSWER
TO SECOND AMENDED
COMPLAINT

      PLEASE TAKE NOTICE THAT Defendants THE BAGEL STORE (247 Bedford Ave., hereinafter "247"), THE BAGEL STORE (754 Metropolitan Ave.; hereinafter "Metropolitan"), SCOTT ROSSILLO and SUSAN ROSSILLO, by their undersigned attorney, hereby appear in this action and, upon information and belief, in answer to the SECOND AMENDED COMPLAINT, allege as follows:

1. Deny the allegations in Paragraph Nos. 1, 2,3,14, 16, 17, 18, 25, 26, 28, 29, 31, 32, 38, 41, 44, 46, 50, 52, 54, 55, 56, 57, 58, 59, 62, 63, 64, 65,66, 67, 70, 74;

2. With respect to Paragraph 4, denies that the court has jurisdiction under Fair Labor Standards Act, 29 USC Section 216(b);

3. Denies knowledge or information sufficient to form a belief as to the allegations of Paragraph Nos. 7, 13, 35;

4. With respect to Paragraph 20, denies that Scott Rossillo exercised substantial control over the employees;

5. With respect to Paragraph 23, denies that Scott Rossillo hired all of the employees.

WHEREFORE, it is respectfully requested that the complaint be dismissed and that the court award such other and further relief as it deems just and proper.

Dated: May 15, 2017
New York, NY

Respectfully submitted,

MIRTA DEL RIO
321 Broadway, 3rd Floor
New York, NY 10007
646-251-6904 . Fax: 646-607-2100
mirtadelrio@ymail.com
ATTORNEY FOR DEFENDANTS (The BAGEL STORE "247" and "METROPOLITAN", SUSAN ROSSILLO and SCOTT ROSSILLO)

To: BRANDON D. SHERR, ESQ.
Law Office of JUSTIN A. ZELLER, PC
bsherr@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

ANDRE V. FLORES, JR., individually and	12 CV 1978 (NG) (VMS)
on behalf of all other persons similarly situated,

                        Plaintiff,

–against–

THE BAGEL STORE, INC.; ELI RODRIGUEZ; SCOTT
ROSSILLO; and SUSAN ROSSILLO; jointly and severally,

                        Defendants.
-------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

        I am an attorney admitted to practice in this Court and I affirm under penalties of perjury as follows:

        On May 15, 2017, I served a copy of

**DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT**

by First Class mail to Plaintiff's attorney, addressed as follows:

    BRANDON D. SHERR, ESQ.
    Law Office of JUSTIN A. ZELLER, PC
    277 Broadway, Suite 408
    New York, N.Y. 10007-2036

Dated:    May 16, 2017
              New York, NY

                                                    MIRTA DEL RIO